Troutman Pepper Locke LLP
JPMorgan Chase Tower, 600 Travis, Suite 2800
Houston, TX 77002

troutman.com

ACCEPTED
15-25-00011-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/25/2025 4:16 PM
CHRISTOPHER A. PRINE
CLERK

**Chris Dove**
D 713.226.1314
F 713.229.2613
chris.dove@troutman.com

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/25/2025 4:16:02 PM
CHRISTOPHER A. PRINE
Clerk

February 25, 2025

**BY ELECTRONIC FILING**

Christopher A. Prine
Clerk, Fifteenth Court of Appeals
P.O. Box 12852
Austin, TX 78711

Re:     No. 15-25-00011-CV, *Board of Regents of the University of Texas System, et al. v. Gensetix, Inc.*

Dear Mr. Prine:

I am sending this letter to update the Appellants' Docketing Statement and to inform you that a reporter's record will be filed in this appeal. The district clerk filed the clerk's record on Monday.

The relevant hearing in this case was held remotely and almost three years ago. When the Appellants originally filed their Docketing Statement, they stated that no reporter's record had been requested. Since then, Appellants were able to confirm that a court reporter was present for the hearing. Accordingly, Appellants recently asked the court reporter to prepare a Reporter's Record of that hearing to be filed with this Court. Appellants have already sent full payment for the preparation of the record. A copy of the formal Request for Reporter's Record is attached to this letter.

The court reporter who recorded the hearing is no longer with the 152nd District Court, but can be reached at this address:

Cynthia Martinez
5607 Knox Landing Drive
Rosenberg, TX  77469
cmontalvo335@gmail.com

If you have any questions or need additional information, please let us know.

143491989v.1



Very truly yours,

TROUTMAN PEPPER LOCKE LLP

BY_____

Chris Dove

Enclosure

Cc:  All counsel of record via electronic filing

143491989v.1

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Christopher Dove on behalf of Christopher Dove
Bar No. 24032138
cdove@lockelord.com
Envelope ID: 97786948
Filing Code Description: Letter
Filing Description: Appellants' Letter Regarding Reporter's Record
Status as of 2/25/2025 4:28 PM CST

Associated Case Party: Board of Regents of the University of Texas System

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| David E.Harrell | | David.Harrell@troutman.com | 2/25/2025 4:16:02 PM | SENT |
| Deanna MarkowitzWillson | | deanna.willson@troutman.com | 2/25/2025 4:16:02 PM | SENT |
| Chris Dove | | Chris.Dove@troutman.com | 2/25/2025 4:16:02 PM | SENT |
| Monika Dziemianczuk | | monika.dziemianczuk@troutman.com | 2/25/2025 4:16:02 PM | SENT |

Associated Case Party: Gensetix, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Cabrach Connor | | Cab@CLandS.com | 2/25/2025 4:16:02 PM | SENT |
| Jennifer TatumLee | | Jennifer@CLandS.com | 2/25/2025 4:16:02 PM | SENT |
| Sergio Davila | | Sergio@CLandS.com | 2/25/2025 4:16:02 PM | SENT |
| Anthony Buzbee | | tbuzbee@txattorneys.com | 2/25/2025 4:16:02 PM | SENT |
| Ryan Pigg | | rpigg@txattorneys.com | 2/25/2025 4:16:02 PM | SENT |
| Rian Taff | | rtaff@txattorneys.com | 2/25/2025 4:16:02 PM | SENT |
| Mauricio Guevara | | mguevara@txattorneys.com | 2/25/2025 4:16:02 PM | SENT |
| Lionel Sims | | lsims@txattorneys.com | 2/25/2025 4:16:02 PM | SENT |